# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−21165−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Leslie Lyons | Kathy Lyons |
| 3105 Bergman Street | 3105 Bergman Street |
| Pittsburgh, PA 15204 | Pittsburgh, PA 15204 |

Social Security No.:
xxx−xx−6808                    xxx−xx−8047

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Paul W. McElrath Jr. | Ronda J. Winnecour |
| McElrath Legal Holdings, LLC. | Suite 3250, USX Tower |
| 1641 Saw Mill Run Boulevard | 600 Grant Street |
| Pittsburgh, PA 15210 | Pittsburgh, PA 15219 |
| Telephone number: 412−765−3606 | Telephone number: 412−471−5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| June 17, 2019 | June 17, 2019 |
| 02:00 PM | 02:00 PM |
| 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 5/23/19

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-21165-JAD
Leslie Lyons                                                              Chapter 13
Kathy Lyons
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dpas    Page 1 of 2    Date Rcvd: May 23, 2019
                Form ID: rsc13    Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2019.
```
db/jdb         +Leslie Lyons,    Kathy Lyons,    3105 Bergman Street,    Pittsburgh, PA 15204-1849
15018349       +Aaa Debt Rec,    Pob 129,    Monroeville, PA 15146-0129
15018350        Bureau Of Account Mana,    Bureau Of Account,    Camp Hill, PA 17011
15018352       +City and School District of Pittsburgh,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
15018354       +Goehring, Rutter & Boehm,    437 Grant Street 14th FL,    Pittsburgh, PA 15219-6107
15036178       +Jordan Tax Service, Inc.,    102 Rahway Road,    Canonsburg, PA 15317-3349
15036179       +KML,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
15018359       +PA American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
15018360       +Peoples Gas Bankruptcy Dept.,    375 N Shore Drive Ste 600,    Attn: Dawn Linder,
                 Pittsburgh, PA 15212-5866
15031189       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
15018361       +Pittsburgh Water & Sewer,    C/O Jordan Tax,    102 Rahway Street,    McMurray, PA 15317-3349
15018364       +Rushmore Loan Management,    P.O. Box 52708,    Irvine, CA 92619-2708
15036189       +Rushmore Loan Management,    P.O. Box 55004,    Irvine, CA 92619-5004
15018365       +Td Auto Finance,    Po Box 9223,    Farmington Hills, MI 48333-9223
15036192       +Wilmington Savings Fund Society,    15480 Laguna Cnayon Road,    Suite 100,
                 Irvine, CA 92618-2132
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 24 2019 02:53:00     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/Text: kburkley@bernsteinlaw.com May 24 2019 02:53:26      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
15018351       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 24 2019 02:59:35      Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
15018353       +E-mail/Text: kburkley@bernsteinlaw.com May 24 2019 02:53:26      Duquesne Light Company,
                 c/o Keri P. Ebeck Bernstien & Burkley PC,    707 Grant Street Ste. 2200,
                 Pittsburgh, PA 15219-1945
15036175       +E-mail/Text: bankruptcynotice@fcbanking.com May 24 2019 02:52:47      First Commonwealth Bank,
                 601 Philadelphia St,    Indiana, PA 15701-3952
15018355        E-mail/Text: JCAP_BNC_Notices@jcap.com May 24 2019 02:53:16      Jefferson Capital,
                 PO BOX 7999,    Saint Cloud, MN 56302
15018356        E-mail/PDF: resurgentbknotifications@resurgent.com May 24 2019 02:59:24      LVNV Funding,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15018357        E-mail/Text: musaauto_bknotice@musaauto.com May 24 2019 02:53:14      Markone Financial Llc,
                 P O Box 17038,    Jacksonville, FL 32245
15018358       +E-mail/Text: csc.bankruptcy@amwater.com May 24 2019 02:53:31      PA American Water,
                 PO Box 578,    Alton, IL 62002-0578
15018363       +E-mail/PDF: resurgentbknotifications@resurgent.com May 24 2019 02:59:07      PYOD LLC,
                 C/O Resurgnet Capital,    PO Box 19008,    Greenville, SC 29602-9008
15024930       +E-mail/PDF: resurgentbknotifications@resurgent.com May 24 2019 02:59:07      PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
15018362       +E-mail/Text: bknotices@professionalcredit.com May 24 2019 02:53:19      Professional Credit Se,
                 Po Box 7548,    Springfield, OR 97475-0039
15018366       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 24 2019 02:52:42
                 Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 13
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              RUSHMORE LOAN MANAGEMENT SERVICES as servicer for
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15036170*      +Aaa Debt Rec,    Pob 129,    Monroeville, PA 15146-0129
15036171*       Bureau Of Account Mana,    Bureau Of Account,    Camp Hill, PA 17011
15036172*      +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
15036173*      +City and School District of Pittsburgh,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
15036174*      +Duquesne Light Company,    c/o Keri P. Ebeck Bernstien & Burkley PC,
                 707 Grant Street Ste. 2200,    Pittsburgh, PA 15219-1945
15036176*      +Goehring, Rutter & Boehm,    437 Grant Street 14th FL,    Pittsburgh, PA 15219-6107
15036177*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital,     PO Box 7999,    Saint Cloud, MN 56302)
15036180*       LVNV Funding,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15024929*       LVNV Funding, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15036181*     ++MUSA AUTO FINANCE,    PO BOX 550870,    JACKSONVILLE FL 32255-0870
               (address filed with court: Markone Financial Llc,     P O Box 17038,    Jacksonville, FL 32245)
15036182*      +PA American Water,    PO Box 578,    Alton, IL 62002-0578
15036183*      +PA American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
15036187*      +PYOD LLC,    C/O Resurgnet Capital,    PO Box 19008,    Greenville, SC 29602-9008
```

```
District/off: 0315-2           User: dpas                  Page 2 of 2                  Date Rcvd: May 23, 2019
                               Form ID: rsc13              Total Noticed: 28


              ***** BYPASSED RECIPIENTS (continued) *****
15036184*       +Peoples Gas Bankruptcy Dept.,    375 N Shore Drive Ste 600,    Attn: Dawn Linder,
                  Pittsburgh, PA 15212-5866
15036185*       +Pittsburgh Water & Sewer,    C/O Jordan Tax,   102 Rahway Street,    McMurray, PA 15317-3349
15036186*       +Professional Credit Se,    Po Box 7548,    Springfield, OR 97475-0039
15036188*       +Rushmore Loan Management,     P.O. Box 52708,    Irvine, CA 92619-2708
15036190*       +Td Auto Finance,    Po Box 9223,    Farmington Hills, MI 48333-9223
15036191*       +Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                             TOTALS: 1, * 20, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    RUSHMORE LOAN MANAGEMENT SERVICES as servicer for
               Atlantica, LLC. bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Kathy  Lyons ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Leslie  Lyons ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7
```