**PLEASE TAKE FURTHER NOTICE** that the CITY OF PITTSBURGH AND SCHOOL DISTRICT OF PITTSBURGH intend that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) their respective rights to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which either or both may be entitled under any agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses setoff, and recoupments are expressly reserved.

        **GOEHRING, RUTTER & BOEHM,**

**Dated: June 14, 2019**　　　　　　　/s/ **Jeffrey R. Hunt**

**Jeffrey R. Hunt, Esquire**
**Pa. I.D. #90342**
**437 Grant Street, 14th Floor**
**Pittsburgh, PA 15219-6107**
**(412)281-0587**
**Attorney for Movants**
**jhunt@grblaw.com**