Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Leslie Lyons**
**Kathy Lyons**
   Debtor(s)

Bankruptcy Case No.: 19–21165–JAD
Doc. No. 42
Chapter: 13
Docket No.: 43 – 42
Concil. Conf.: June 18, 2020 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **April 27, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **May 11, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **June 18, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: March 12, 2020

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                             Case No. 19-21165-JAD
Leslie Lyons                                                       Chapter 13
Kathy Lyons
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: msch                  Page 1 of 2                  Date Rcvd: Mar 12, 2020
                              Form ID: 410                Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2020.
db/jdb         +Leslie Lyons,    Kathy Lyons,    3105 Bergman Street,    Pittsburgh, PA 15204-1849
cr             +City and School District of Pittsburgh,     Goehring, Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA   15219,
                 UNITED STATES OF AMERICA 15219-6101
cr             +Pittsburgh Water & Sewer Authority,     Goehring, Rutter, and Boehm,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA   15219,
                 UNITED STATES OF AMERICA 15219-6101
15018349       +Aaa Debt Rec,    Pob 129,    Monroeville, PA 15146-0129
15018350        Bureau Of Account Mana,    Bureau Of Account,    Camp Hill, PA 17011
15018352       +City and School District of Pittsburgh,     c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
15071446       +City of Pittsburgh & School District of Pittsburgh,     Goehring, Rutter & Boehm,
                 c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                 Pittsburgh, PA 15219-6101
15063682       +First Commonwealth Bank,    c/o Karen L. Hughes, Esquire,    AAS Debt Recovery Inc.,
                 2526 Monroeville Blvd., Suite 205,    Monroeville, PA 15146-2371
15018354       +Goehring, Rutter & Boehm,    437 Grant Street 14th FL,    Pittsburgh, PA 15219-6107
15064185       +Isanthes, LLC,    Land Home Financial Services, Inc.,    3611 South Harbor Blvd Suite 100,
                 Santa Ana, CA 92704-7915
15036178       +Jordan Tax Service, Inc.,    102 Rahway Road,    Canonsburg, PA 15317-3349
15036179       +KML,   701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
15018359       +PA American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
15018360       +Peoples Gas Bankruptcy Dept.,    375 N Shore Drive Ste 600,    Attn: Dawn Linder,
                 Pittsburgh, PA 15212-5866
15031189       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
15018361       +Pittsburgh Water & Sewer,    C/O Jordan Tax,    102 Rahway Street,    McMurray, PA 15317-3349
15071442       +Pittsburgh Water and Sewer Authority,     Goehring, Rutter & Boehm,
                 c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                 Pittsburgh, PA 15219-6101
15036189       +Rushmore Loan Management,    P.O. Box 55004,    Irvine, CA 92619-5004
15018364       +Rushmore Loan Management,    P.O. Box 52708,    Irvine, CA 92619-2708
15018365       +Td Auto Finance,    Po Box 9223,   Farmington Hills, MI 48333-9223
15059809        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15036192       +Wilmington Savings Fund Society,    15480 Laguna Cnayon Road,    Suite 100,
                 Irvine, CA 92618-2132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15057783       +E-mail/Text: bknotices@professionalcredit.com Mar 13 2020 03:04:15      CONSUMER CELLULAR,
                 C/O PROFESSIONAL CREDIT SERVICE,    PO BOX 7548,    SPRINGFIELD, OR 97475-0039
15018351       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 13 2020 03:07:34      Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
15018353       +E-mail/Text: kburkley@bernsteinlaw.com Mar 13 2020 03:04:28      Duquense Light Company,
                 c/o Keri P. Ebeck Bernstien & Burkley PC,    707 Grant Street Ste. 2200,
                 Pittsburgh, PA 15219-1945
15061920       +E-mail/Text: kburkley@bernsteinlaw.com Mar 13 2020 03:04:28      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
15036175       +E-mail/Text: bankruptcynotice@fcbanking.com Mar 13 2020 03:03:33      First Commonwealth Bank,
                 601 Philadelphia St,    Indiana, PA 15701-3952
15018355        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 13 2020 03:04:12      Jefferson Capital,
                 PO BOX 7999,    Saint Cloud, MN 56302
15060620        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 13 2020 03:04:12      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
15018356        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 13 2020 03:06:20      LVNV Funding,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15018357        E-mail/Text: musaauto_bknotice@musaauto.com Mar 13 2020 03:04:06      Markone Financial Llc,
                 P O Box 17038,    Jacksonville, FL 32245
15036182       +E-mail/Text: csc.bankruptcy@amwater.com Mar 13 2020 03:04:33      PA American Water,
                 PO Box 578,    Alton, IL 62002-0578
15018363       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 13 2020 03:07:00      PYOD LLC,
                 C/O Resurgnet Capital,    PO Box 19008,    Greenville, SC 29602-9008
15024930       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 13 2020 03:06:19      PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
15018358       +E-mail/Text: csc.bankruptcy@amwater.com Mar 13 2020 03:04:34      Pennsylvania American Water,
                 PO Box 578,    Alton, IL 62002-0578
15018362       +E-mail/Text: bknotices@professionalcredit.com Mar 13 2020 03:04:15      Professional Credit Se,
                 Po Box 7548,    Springfield, OR 97475-0039
15057745        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 13 2020 03:07:49      Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX   77210-4457
15018366       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 13 2020 03:03:26
                 Verizon,   500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 16
```

```
District/off: 0315-2              User: msch                   Page 2 of 2                  Date Rcvd: Mar 12, 2020
                                  Form ID: 410                 Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               RUSHMORE LOAN MANAGEMENT SERVICES as servicer for
cr*             +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,     Pittsburgh, PA 15219-1945
cr*             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15036170*       +Aaa Debt Rec,    Pob 129,    Monroeville, PA 15146-0129
15036171*        Bureau Of Account Mana,    Bureau Of Account,    Camp Hill, PA 17011
15036172*       +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
15036173*       +City and School District of Pittsburgh,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
15036174*       +Duquense Light Company,    c/o Keri P. Ebeck Bernstien & Burkley PC,
                 707 Grant Street Ste. 2200,    Pittsburgh, PA 15219-1945
15036176*       +Goehring, Rutter & Boehm,    437 Grant Street 14th FL,    Pittsburgh, PA 15219-6107
15036177*      ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital,    PO BOX 7999,    Saint Cloud, MN 56302)
15036180*        LVNV Funding,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15024929*        LVNV Funding, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15036181*      ++MUSA AUTO FINANCE,    PO BOX 550870,    JACKSONVILLE FL 32255-0870
                (address filed with court: Markone Financial Llc,    P O Box 17038,    Jacksonville, FL 32245)
15036183*       +PA American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
15036187*       +PYOD LLC,    C/O Resurgnet Capital,    PO Box 19008,    Greenville, SC 29602-9008
15036184*       +Peoples Gas Bankruptcy Dept.,    375 N Shore Drive Ste 600,    Attn: Dawn Linder,
                 Pittsburgh, PA 15212-5866
15036185*       +Pittsburgh Water & Sewer,    C/O Jordan Tax,    102 Rahway Street,    McMurray, PA 15317-3349
15036186*       +Professional Credit Se,    Po Box 7548,    Springfield, OR 97475-0039
15036188*       +Rushmore Loan Management,    P.O. Box 52708,    Irvine, CA 92619-2708
15036190*       +Td Auto Finance,    Po Box 9223,    Farmington Hills, MI 48333-9223
15036191*       +Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                              TOTALS: 1, * 20, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    RUSHMORE LOAN MANAGEMENT SERVICES as servicer for
               Atlantica, LLC. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Kathy  Lyons ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Leslie  Lyons ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 9