# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-21165-JAD |
| Leslie Lyons, | : | CHAPTER 13 |
| Kathy Lyons, | : | |
| Debtors | : | Related to Doc. No. 45, 46 |
| | : | |
| Leslie Lyons, | : | Concil. Conf. |
| Kathy Lyons, | : | June 18, 2020 at 9:00 AM |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE OF ORDER DATED APRIL 28, 2020 NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN ALONG WITH THE AMENDED CHAPTER 13 PLAN DATED APRIL 27, 2020**

I, Sharla Munroe, Paralegal for to the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order dated April 28, 2020, Notice of Proposed Modification to Confirmed Plan along with the Amended Chapter 13 Plan dated April 27, 2020, on the parties at the addresses on the attached matrix. Service made on the parties was first-class mail or electronic notification.

Executed on: May 1, 2020

By: /s/ Sharla Munroe
Sharla Munroe, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Blvd
Pittsburgh, PA 15210
Tel: 412.765.3606
Fax: 412.765.1917

# MATRIX

**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

**Ronda J. Winnecour, Trustee**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

**Service by First-Class Mail**

Leslie & Kathy Lyons
3105 Bergman Street
Pittsburgh, PA 15204

Aaa Debt Rec
Pob 129
Monroeville, PA 15146

Bureau Of Account Mana
Bureau Of Account
Camp Hill, PA 17011

Capital One
PO Box 30281
Salt Lake City, UT 84130

City and School District of Pittsburgh
c/o Goehring Rutter & Boehm
437 Grant Street, 14th Floor
Pittsburgh, PA 15219

Duquense Light Company
c/o Keri P. Ebeck Bernstien & Burkley PC
707 Grant Street Ste. 2200
Pittsburgh, PA 15219

First Commonwealth Bank
601 Philadelphia St
Indiana, PA 15701

Goehring, Rutter & Boehm
437 Grant Street 14th FL
Pittsburgh, PA 15219

Jefferson Capital
PO BOX 7999
Saint Cloud, MN 56302

Jordan Tax Service, Inc.
102 Rahway Road
Canonsburg, PA 15317

KML
701 Market Street, Suite 5000
Philadelphia, PA 19106

LVNV Funding
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Markone Financial Llc
P O Box 17038
Jacksonville, FL 32245

PA American Water
PO Box 578
Alton, IL 62002

PA American Water
PO Box 371412
Pittsburgh, PA 15250

Peoples Gas Bankruptcy Dept.
375 N Shore Drive Ste 600
Attn: Dawn Linder
Pittsburgh, PA 15212

Pittsburgh Water & Sewer
C/O Jordan Tax
102 Rahway Street
McMurray, PA 15317

Professional Credit Se
Po Box 7548
Springfield, OR 97475

PYOD LLC
C/O Resurgnet Capital
PO Box 19008
Greenville, SC 29602

Rushmore Loan Management
P.O. Box 52708
Irvine, CA 92619

Rushmore Loan Management
P.O. Box 55004
Irvine, CA 92619

Td Auto Finance
Po Box 9223
Farmington Hills, MI 48333

Verizon
500 Technology Dr
Weldon Spring, MO 63304

Wilmington Savings Fund Society
15480 Laguna Cnayon Road
Suite 100
Irvine, CA 92618