# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: LESLIE & KATHY LYONS
- Case Number: 19-21165-JAD        Chapter: 13
- Date / Time / Room: THURSDAY, JUNE 18, 2020 09:00 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

FILED
6/22/20 12:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#42 - Trustee's Certificate of Default to Dismiss
#45 + Amended Plan Dated 4/27/2020 - Conciliation set for 6/18/2020
R / M #: 42 / 0

**Appearances:**
- Debtor: Zutz
- Trustee: Winnecour / Pail / (Katz) / DeSimone
- Creditor:

**Proceedings:**

Outcome:
1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to _____, effective _____.
7. ___ Plan/Motion continued to _____ at _____.
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 6/24/20 at 10:00 Am
10. ___ Other:

Handwritten notes:
- No explanation for default
- Income is Social Security only. Trustee's Calc is $1657/mo to fund.
- Only 3 months with payments (two less than plan amount) 15 months into case. Arrears $10096 thru 6/20. TOTAL Household income per sch I is $2379. Plan does not appear feasible.

6/12/2020  11:08:39AM