Form 314

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Leslie Lyons** | : | Case No. 19–21165–JAD |
| **Kathy Lyons** | : | Chapter: 13 |
| *Debtor(s)* | : | Next Hearing Date: June 24, 2020 at |
| | : | 2:30 PM |

## ORDER

     *AND NOW,* this ***The 22nd of June, 2020,*** as a result of the Proceeding held on June 18, 2020, it is hereby **ORDERED, ADJUDGED and DECREED** as follows: (only the provisions checked below apply to this case).

☐    A.    The Parties cannot resolve the plan disputes, therefore, ***on or before June 4, 2020,*** all ***Objections*** to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. ***Objections which are not timely filed will not be considered.***

*On June 18, 2020 at 09:00 AM,* a Conciliation Conference is scheduled in remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com at which time the Proponent of any *Objection* to the *Plan* and Counsel for the Debtor(s) shall appear and mediate the issues raised in the *Objection*.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐    B.    ***On or before ,*** the Debtor shall file an ***Amended Plan***, serving a copy of the *Amended Plan* and this *Order* on the Chapter 13 Trustee and all interested parties (all Parties listed on the current mailing matrix) and file a Certificate of Service with the Clerk of the Bankruptcy Court. *Failure to timely comply with the filing of the Amended Plan referred to in this Order will result in the automatic dismissal of this case without further notice or hearing.* ***On or before June 4, 2020, Objections*** to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. ***Objections which are not timely filed will not be considered.***

*On June 18, 2020 at 09:00 AM,* a Conciliation Conference is scheduled in remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com at which time the Proponent of any Objection to the Plan and Counsel for the Debtor(s) shall appear and mediate the issues raised in the Objection.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

continued on reverse side or next page

☑        C.        CONTESTED HEARING WILL BE HELD ON JUNE 24, 2020, AT 2:30 PM at tcjad Telephone Conference – Deller on Trustee's Certificate of Default [Doc. No. 42] and Amended Plan Dated 4/27/2020 [Doc. No. 45].

It is **FURTHER ORDERED** that the Debtor shall timely make full plan payments to the Chapter 13 Trustee, on or before the date upon which the respective plan payment is due, *time being of the essence*. The first payment is due thirty (30) days after the Chapter 13 Plan has been filed. Any failure to make pre−confirmation payments to the Trustee may result in the dismissal of the case upon the Trustee.s written or oral motion made prior to the or at the plan confirmation hearing.

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

If Paragraph A, above, is checked, Case Administrator to serve all Parties on the Mailing Matrix.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-21165-JAD
Leslie Lyons                                                            Chapter 13
Kathy Lyons
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch              Page 1 of 2              Date Rcvd: Jun 22, 2020
                              Form ID: 314            Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2020.
```
db/jdb         +Leslie Lyons,    Kathy Lyons,    3105 Bergman Street,     Pittsburgh, PA 15204-1849
cr             +City and School District of Pittsburgh,     Goehring, Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Frick Building,     Pittsburgh, PA  15219,
                 UNITED STATES OF AMERICA 15219-6101
cr             +Pittsburgh Water & Sewer Authority,     Goehring, Rutter, and Boehm,
                 437 Grant Street, 14th Floor,    Frick Building,     Pittsburgh, PA  15219,
                 UNITED STATES OF AMERICA 15219-6101
15018349       +Aaa Debt Rec,    Pob 129,    Monroeville, PA 15146-0129
15018350        Bureau Of Account Mana,    Bureau Of Account,    Camp Hill, PA 17011
15018352       +City and School District of Pittsburgh,     c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
15071446       +City of Pittsburgh & School District of Pittsburgh,     Goehring, Rutter & Boehm,
                 c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                 Pittsburgh, PA 15219-6101
15063682       +First Commonwealth Bank,    c/o Karen L. Hughes, Esquire,     AAS Debt Recovery Inc.,
                 2526 Monroeville Blvd., Suite 205,    Monroeville, PA 15146-2371
15018354       +Goehring, Rutter & Boehm,    437 Grant Street 14th FL,     Pittsburgh, PA 15219-6107
15064185       +Isanthes, LLC,    Land Home Financial Services, Inc.,     3611 South Harbor Blvd Suite 100,
                 Santa Ana, CA 92704-7915
15036178       +Jordan Tax Service, Inc.,    102 Rahway Road,    Canonsburg, PA 15317-3349
15036179       +KML,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
15018359       +PA American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
15018360       +Peoples Gas Bankruptcy Dept.,    375 N Shore Drive Ste 600,     Attn: Dawn Linder,
                 Pittsburgh, PA 15212-5866
15031189       +Peoples Natural Gas Company LLC,     c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
15018361       +Pittsburgh Water & Sewer,    C/O Jordan Tax,    102 Rahway Street,    McMurray, PA 15317-3349
15071442       +Pittsburgh Water and Sewer Authority,     Goehring, Rutter & Boehm,
                 c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                 Pittsburgh, PA 15219-6101
15036189       +Rushmore Loan Management,    P.O. Box 55004,    Irvine, CA 92619-5004
15018364       +Rushmore Loan Management,    P.O. Box 52708,    Irvine, CA 92619-2708
15018365       +Td Auto Finance,    Po Box 9223,    Farmington Hills, MI 48333-9223
15059809        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15036192       +Wilmington Savings Fund Society,    15480 Laguna Cnayon Road,     Suite 100,
                 Irvine, CA 92618-2132
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15057783       +E-mail/Text: bknotices@professionalcredit.com Jun 23 2020 04:02:59       CONSUMER CELLULAR,
                 C/O PROFESSIONAL CREDIT SERVICE,    PO BOX 7548,    SPRINGFIELD, OR 97475-0039
15018351       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 23 2020 04:05:12       Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
15018353       +E-mail/Text: kburkley@bernsteinlaw.com Jun 23 2020 04:03:20       Duquense Light Company,
                 c/o Keri P. Ebeck Bernstien & Burkley PC,    707 Grant Street Ste. 2200,
                 Pittsburgh, PA 15219-1945
15061920       +E-mail/Text: kburkley@bernsteinlaw.com Jun 23 2020 04:03:20       Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
15036175       +E-mail/Text: bankruptcynotice@fcbanking.com Jun 23 2020 03:56:33       First Commonwealth Bank,
                 601 Philadelphia St,    Indiana, PA 15701-3952
15018355        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 23 2020 04:02:52       Jefferson Capital,
                 PO BOX 7999,    Saint Cloud, MN 56302
15060620        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 23 2020 04:02:52       Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
15018356        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 23 2020 04:05:20       LVNV Funding,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15018357        E-mail/Text: musaauto_bknotice@musaauto.com Jun 23 2020 03:57:36       Markone Financial Llc,
                 P O Box 17038,    Jacksonville, FL 32245
15036182       +E-mail/Text: csc.bankruptcy@amwater.com Jun 23 2020 04:03:25       PA American Water,
                 PO Box 578,    Alton, IL 62002-0578
15018363       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 23 2020 04:06:25       PYOD LLC,
                 C/O Resurgnet Capital,    PO Box 19008,    Greenville, SC 29602-9008
15024930       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 23 2020 04:05:20       PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
15018358       +E-mail/Text: csc.bankruptcy@amwater.com Jun 23 2020 04:03:25       Pennsylvania American Water,
                 PO Box 578,    Alton, IL 62002-0578
15018362       +E-mail/Text: bknotices@professionalcredit.com Jun 23 2020 04:02:59       Professional Credit Se,
                 Po Box 7548,    Springfield, OR 97475-0039
15057745        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 23 2020 04:05:21       Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
15018366       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 23 2020 03:56:17
                 Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 16
```

```
District/off: 0315-2               User: msch                Page 2 of 2                 Date Rcvd: Jun 22, 2020
                                   Form ID: 314              Total Noticed: 38


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               RUSHMORE LOAN MANAGEMENT SERVICES as servicer for
cr*             +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                  707 Grant Street, Suite 2200, Gulf Tower,     Pittsburgh, PA 15219-1945
cr*             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                  Pittsburgh, PA 15233-1828
15036170*       +Aaa Debt Rec,    Pob 129,    Monroeville, PA 15146-0129
15036171*        Bureau Of Account Mana,    Bureau Of Account,     Camp Hill, PA 17011
15036172*       +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
15036173*       +City and School District of Pittsburgh,     c/o Goehring Rutter & Boehm,
                  437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
15036174*       +Duquesne Light Company,    c/o Keri P. Ebeck Bernstien & Burkley PC,
                  707 Grant Street Ste. 2200,    Pittsburgh, PA 15219-1945
15036176*       +Goehring, Rutter & Boehm,    437 Grant Street 14th FL,     Pittsburgh, PA 15219-6107
15036177*      ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,     SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital,     PO BOX 7999,    Saint Cloud, MN 56302)
15036180*        LVNV Funding,    Resurgent Capital Services,     PO Box 10587,    Greenville, SC 29603-0587
15024929*        LVNV Funding, LLC,    Resurgent Capital Services,     PO Box 10587,    Greenville, SC 29603-0587
15036181*      ++MUSA AUTO FINANCE,    PO BOX 550870,    JACKSONVILLE FL 32255-0870
                (address filed with court: Markone Financial Llc,     P O Box 17038,    Jacksonville, FL 32245)
15036183*       +PA American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
15036187*       +PYOD LLC,    C/O Resurgent Capital,     PO Box 19008,    Greenville, SC 29602-9008
15036184*       +Peoples Gas Bankruptcy Dept.,    375 N Shore Drive Ste 600,     Attn: Dawn Linder,
                  Pittsburgh, PA 15212-5866
15036185*       +Pittsburgh Water & Sewer,    C/O Jordan Tax,     102 Rahway Street,    McMurray, PA 15317-3349
15036186*       +Professional Credit Se,    Po Box 7548,    Springfield, OR 97475-0039
15036188*       +Rushmore Loan Management,    P.O. Box 52708,    Irvine, CA 92619-2708
15036190*       +Td Auto Finance,    Po Box 9223,    Farmington Hills, MI 48333-9223
15036191*       +Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                              TOTALS: 1, * 20, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    RUSHMORE LOAN MANAGEMENT SERVICES as servicer for
               Atlantica, LLC. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Kathy  Lyons ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Leslie  Lyons ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 9
```