# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-21165-JAD |
|     Leslie Lyons, | : | CHAPTER 13 |
|     Kathy Lyons, | : | |
|         Debtors | : | |
| | : | |
| Leslie Lyons, | : | |
| Kathy Lyons, | : | |
|         Movants | : | |
| | : | |
|     vs. | : | |
| Aaa Debt Rec and all Parties of Interest | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
|         Respondent | : | |

## CERTIFICATE OF SERVICE OF AMENDMENT TO SCHEDULE I

I, Sharla R. Munroe, the undersigned Paralegal of the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true copy of the Amendment to Schedule J, on the parties on the attached Matrix via U.S. pre-paid postage mail or electronic mail where indicated:

Executed on: November 11, 2020

                                              By:    s/ Sharla R. Munroe
                                                          Sharla R. Munroe, Paralegal
                                                          McElrath Legal Holdings, LLC
                                                          1641 Saw Mill Run Blvd.
                                                          Pittsburgh, PA 15210
                                                          Tel: 412.765.3606
                                                          Fax: 412.765.1917

## MATRIX

**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

Leslie and Kathy Lyons
3105 Bergman Street
 Pittsburgh, PA 15204

Aaa Debt Rec
Pob 129
Monroeville, PA 15146

Bureau Of Account Mana
Bureau Of Account
Camp Hill, PA 17011

Capital One
PO Box 30281
Salt Lake City, UT 84130

City and School District of Pittsburgh
c/o Goehring Rutter & Boehm
437 Grant Street, 14th Floor
Pittsburgh, PA 15219

Duquense Light Company
c/o Keri P. Ebeck Bernstien & Burkley PC
707 Grant Street Ste. 2200
Pittsburgh, PA 15219

First Commonwealth Bank
601 Philadelphia St
Indiana, PA 15701

Goehring, Rutter & Boehm
437 Grant Street 14th FL
Pittsburgh, PA 15219

Jefferson Capital
PO BOX 7999
Saint Cloud, MN 56302

Jordan Tax Service, Inc.
102 Rahway Road
Canonsburg, PA 15317

KML
701 Market Street, Suite 5000
Philadelphia, PA 19106

LVNV Funding
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Markone Financial Llc
P O Box 17038
Jacksonville, FL 32245

PA American Water
PO Box 578
Alton, IL 62002

PA American Water
PO Box 371412
Pittsburgh, PA 15250

Peoples Gas Bankruptcy Dept.
375 N Shore Drive Ste 600
Attn: Dawn Linder
Pittsburgh, PA 15212

Pittsburgh Water & Sewer
C/O Jordan Tax
102 Rahway Street
McMurray, PA 15317

Professional Credit Se
Po Box 7548
Springfield, OR 97475

PYOD LLC
C/O Resurgnet Capital
PO Box 19008
Greenville, SC 29602

Rushmore Loan Management
P.O. Box 52708
Irvine, CA 92619

Rushmore Loan Management
P.O. Box 55004
Irvine, CA 92619

Td Auto Finance
Po Box 9223
Farmington Hills, MI 48333

Verizon
500 Technology Dr
Weldon Spring, MO 63304

Wilmington Savings Fund Society
15480 Laguna Cnayon Road
Suite 100
Irvine, CA 92618