FILED
11/13/20 4:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| LESLIE LYONS and KATHY LYONS, | : | Bankruptcy No. 19-21165-JAD |
| | : | |
| | : | Related To Doc. No. 42, 45 |
| | : | |
| Debtors. | : | Chapter 13 |
| | X | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE**
**AND TERMINATING INCOME ATTACHMENT(S)**

**AND NOW,** this **13th** day of **November, 2020, IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtors remain legally liable for all of his debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108(c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

**IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtors are ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

**IT IS FURTHER ORDERED** that each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtors shall serve a copy of this order on each such employer and entity immediately.

**IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report And Account and the Trustee's Certification Of Distributed Funds. Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and the case shall be deemed closed without further order of court.

**IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors and parties in interest of this dismissal.

mas

JEFFERY A. DELLER
United States Bankruptcy Judge

00030632

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-21165-JAD

Leslie Lyons     Chapter 13

Kathy Lyons

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 3

Date Rcvd: Nov 16, 2020     Form ID: pdf900     Total Noticed: 38

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Leslie Lyons, Kathy Lyons, 3105 Bergman Street, Pittsburgh, PA 15204-1849 |
| cr | + | City and School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| 15018349 | + | Aaa Debt Rec, Pob 129, Monroeville, PA 15146-0129 |
| 15018350 | | Bureau Of Account Mana, Bureau Of Account, Camp Hill, PA 17011 |
| 15018352 | + | City and School District of Pittsburgh, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15071446 | + | City of Pittsburgh & School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15063682 | + | First Commonwealth Bank, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15018354 | + | Goehring, Rutter & Boehm, 437 Grant Street 14th FL, Pittsburgh, PA 15219-6107 |
| 15064185 | + | Isanthes, LLC, Land Home Financial Services, Inc., 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704-7915 |
| 15036178 | + | Jordan Tax Service, Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15036179 | + | KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15018359 | + | PA American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15018360 | + | Peoples Gas Bankruptcy Dept., 375 N Shore Drive Ste 600, Attn: Dawn Linder, Pittsburgh, PA 15212-5866 |
| 15031189 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15018361 | + | Pittsburgh Water & Sewer, C/O Jordan Tax, 102 Rahway Street, McMurray, PA 15317-3349 |
| 15071442 | + | Pittsburgh Water and Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15036189 | + | Rushmore Loan Management, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15018364 | + | Rushmore Loan Management, P.O. Box 52708, Irvine, CA 92619-2708 |
| 15018365 | + | Td Auto Finance, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 15059809 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15036192 | + | Wilmington Savings Fund Society, 15480 Laguna Cnayon Road, Suite 100, Irvine, CA 92618-2132 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15057783 | + | Email/Text: bknotices@professionalcredit.com | Nov 17 2020 03:58:00 | CONSUMER CELLULAR, C/O PROFESSIONAL CREDIT SERVICE, PO BOX 7548, SPRINGFIELD, OR 97475-0039 |
| 15018351 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 17 2020 03:42:57 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15018353 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 17 2020 03:58:00 | Duquense Light Company, c/o Keri P. Ebeck Bernstien & Burkley PC, 707 Grant Street Ste. 2200, Pittsburgh, PA 15219-1945 |
| 15061920 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 17 2020 03:58:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15036175 | + | Email/Text: bankruptcynotice@fcbanking.com | | |

Case 19-21165-JAD    Doc 61    Filed 11/18/20    Entered 11/19/20 00:43:11    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: culy | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 16, 2020 | Form ID: pdf900 | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 17 2020 03:56:00 | First Commonwealth Bank, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 15018355 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 17 2020 03:58:00 | Jefferson Capital, PO BOX 7999, Saint Cloud, MN 56302 |
| 15060620 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 17 2020 03:58:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15018356 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2020 03:44:31 | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15018357 | | Email/Text: musaauto_bknotice@musaauto.com | Nov 17 2020 03:58:00 | Markone Financial Llc, P O Box 17038, Jacksonville, FL 32245 |
| 15036182 | + | Email/Text: csc.bankruptcy@amwater.com | Nov 17 2020 03:59:00 | PA American Water, PO Box 578, Alton, IL 62002-0578 |
| 15018363 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2020 03:43:02 | PYOD LLC, C/O Resurgnet Capital, PO Box 19008, Greenville, SC 29602-9008 |
| 15024930 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2020 03:44:31 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 15018358 | + | Email/Text: csc.bankruptcy@amwater.com | Nov 17 2020 03:59:00 | Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |
| 15018362 | + | Email/Text: bknotices@professionalcredit.com | Nov 17 2020 03:58:00 | Professional Credit Se, Po Box 7548, Springfield, OR 97475-0039 |
| 15018366 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 17 2020 03:56:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 15057745 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 17 2020 03:44:34 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | RUSHMORE LOAN MANAGEMENT SERVICES as servicer for |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15036170 | *+ | Aaa Debt Rec, Pob 129, Monroeville, PA 15146-0129 |
| 15036171 | * | Bureau Of Account Mana, Bureau Of Account, Camp Hill, PA 17011 |
| 15036172 | *+ | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15036173 | *+ | City and School District of Pittsburgh, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15036174 | *+ | Duquense Light Company, c/o Keri P. Ebeck Bernstien & Burkley PC, 707 Grant Street Ste. 2200, Pittsburgh, PA 15219-1945 |
| 15036176 | *+ | Goehring, Rutter & Boehm, 437 Grant Street 14th FL, Pittsburgh, PA 15219-6107 |
| 15036177 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital, PO BOX 7999, Saint Cloud, MN 56302 |
| 15036180 | * | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15024929 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15036181 | *P++ | MUSA AUTO FINANCE, PO BOX 550870, JACKSONVILLE FL 32255-0870, address filed with court:, Markone Financial Llc, P O Box 17038, Jacksonville, FL 32245 |
| 15036183 | *+ | PA American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15036187 | *+ | PYOD LLC, C/O Resurgnet Capital, PO Box 19008, Greenville, SC 29602-9008 |
| 15036184 | *+ | Peoples Gas Bankruptcy Dept., 375 N Shore Drive Ste 600, Attn: Dawn Linder, Pittsburgh, PA 15212-5866 |
| 15036185 | *+ | Pittsburgh Water & Sewer, C/O Jordan Tax, 102 Rahway Street, McMurray, PA 15317-3349 |
| 15036186 | *+ | Professional Credit Se, Po Box 7548, Springfield, OR 97475-0039 |
| 15036188 | *+ | Rushmore Loan Management, P.O. Box 52708, Irvine, CA 92619-2708 |
| 15036190 | *+ | Td Auto Finance, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 15036191 | *+ | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 1 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

| District/off: 0315-2 | User: culy | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 16, 2020 | Form ID: pdf900 | Total Noticed: 38 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2020               Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2020 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas
on behalf of Creditor RUSHMORE LOAN MANAGEMENT SERVICES as servicer for Atlantica  LLC. bnicholas@kmllawgroup.com

Jeffrey R. Hunt
on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com  cnoroski@grblaw.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
on behalf of Joint Debtor Kathy Lyons ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com

Paul W. McElrath, Jr.
on behalf of Debtor Leslie Lyons ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 9