**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| LESLIE LYONS | Case No.:19-21165 JAD |
| KATHY LYONS | |
|      Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
|      Movant | |
|     vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

     1.  The case was filed on 03/26/2019  and confirmed on 06/20/2019 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

     2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 6,887.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 6,887.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,390.54 | |
|    Trustee Fee | 449.87 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,840.41 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   ISANTHES LLC | 0.00 | 5,046.59 | 0.00 | 5,046.59 |
|     Acct: 1814 | | | | |
|   PITTSBURGH WATER & SEWER AUTHORIT | 1,294.25 | 0.00 | 0.00 | 0.00 |
|     Acct: L102 | | | | |
|   ISANTHES LLC | 17,074.89 | 0.00 | 0.00 | 0.00 |
|     Acct: 1814 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9036 | | | | |
| | | | | 5,046.59 |
| Priority | | | | |
|   PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LESLIE LYONS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PITTSBURGH SD  & CITY OF PITTSBURGH | 3,099.67 | 0.00 | 0.00 | 0.00 |
|     Acct: 6808 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ | 3,500.00 | 1,390.54 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| FIRST COMMONWEALTH BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 256A | | | | |
| FIRST COMMONWEALTH BANK | 352.63 | 0.00 | 0.00 | 0.00 |
| Acct: 3193 | | | | |
| BUREAU ACCOUNT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2888 | | | | |
| DUQUESNE LIGHT COMPANY* | 13,426.18 | 0.00 | 0.00 | 0.00 |
| Acct: 9364 | | | | |
| GRB LAW | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 1,259.77 | 0.00 | 0.00 | 0.00 |
| Acct: 7351 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| S JAMES WALLACE ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PYOD LLC | 1,876.82 | 0.00 | 0.00 | 0.00 |
| Acct: 8444 | | | | |
| PA AMERICAN WATER(*) AKA AMERICAN V | 1,214.16 | 0.00 | 0.00 | 0.00 |
| Acct: 0533 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 7,317.38 | 0.00 | 0.00 | 0.00 |
| Acct: 4852 | | | | |
| CONSUMER CELLULAR | 1,087.32 | 0.00 | 0.00 | 0.00 |
| Acct: 6520 | | | | |
| PYOD LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TD AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6807 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 826.20 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| LVNV FUNDING LLC | 508.34 | 0.00 | 0.00 | 0.00 |
| Acct: 4453 | | | | |
| PYOD LLC | 726.13 | 0.00 | 0.00 | 0.00 |
| Acct: 6199 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 469.63 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| UPMC PHYSICIAN SERVICES | 168.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8047 | | | | |
| RUSHMORE LOAN MANAGEMENT SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIRST COMMONWEALTH BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

TOTAL PAID TO CREDITORS                                                                                      5,046.59

    TOTAL CLAIMED
    PRIORITY                3,099.67
    SECURED            18,369.14
    UNSECURED       29.232.56

Date: 12/31/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com